UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| LAURIE ASTERN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **JUDGMENT** |
| MERRICK GARLAND and COLLETTE S. PETERS, | ) ) ) ) | 5:22-CV-434-BO-BM |
| Defendants. | ) ) ) | |

**Decision by Court.**
This cause comes before the Court on plaintiff's motion for leave to proceed *in forma pauperis*. [DE 1]. Plaintiff has also filed a motion for appointment of counsel, a motion to voluntarily dismiss her case if counsel cannot be appointed, and a motion to seal.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion to proceed *in forma pauperis* [DE l] is GRANTED and the clerk is DIRECTED to file her complaint. Plaintiff's motion for appointment of counsel [DE 2] is DENIED. Plaintiff's motion to voluntarily dismiss her complaint [DE 5] is GRANTED and this action is hereby DISMISSED without prejudice. Plaintiff's motion to seal [DE 6] is DENIED.

This case is closed.

**This judgment filed and entered on February 7, 2023, and served on:**
Laurie Astern (via US Mail to P.O. Box 80071, Raleigh NC, 27623)


February 7, 2023

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk